## Delcamp v. Hower, Appellant.

Argued March 17, 1965. *Paul N. Schaeffer,* for appellant; *John V. Boland,* for appellees.

Judgment affirmed.

FLOOD, J., absent.

## Elks Club of State College Liquor License Case.

Argued March 17, 1965. *Lawrence L. Davis,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellant; *John R. Miller,* with him *Miller, Kistler & Lee,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Ferguson v. Commonwealth, Appellant.

Argued March 17, 1965. *George R. Specter,* Assistant Attorney General, with him *Michael R. Deckman,* Assistant Attorney General, *John R. Rezzolla, Jr.,* Chief Counsel, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellant; *Francis R. Tworzydlo,* for appellees.

Order affirmed.

FLOOD, J., absent.